Michael J. McCue (NV Bar No. 6055)
Jonathan W. Fountain (NV Bar No. 10351)
Meng Zhong (NV Bar No. 12145)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949–8224
Fax: (702) 949–8363
MMcCue@LRRLaw.com
JFountain@LRRLaw.com
MZhong@LRRLaw.com

*Attorneys for Plaintiff*
*Neptune Technologies & Bioressources, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEPTUNE TECHNOLOGIES & BIORESSOURCES, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>LUHUA BIOMARINE (SHANDONG) CO., LTD.,<br><br>                    Defendant. | Civil Action No.: 2:15-CV-01911-GMN-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION FOR SIXTY DAYS AND CONTINUE TEMPORARY RESTRAINING ORDER** |

-i-

6803584_1

Plaintiff Neptune Technologies & Bioressources, Inc. ("Neptune" or "Plaintiff") and Defendant Luhua Biomarine (Shandong) Co., Ltd ("Luhua" or "Defendant") hereby stipulate as follows:

1. On October 7, 2015, the Court entered a temporary restraining and seizure order ("TRO") (Doc. 8) that, among other things, set October 20, 2015 as the date for hearing on Plaintiff's pending motion for preliminary injunction;

2. On October 13, 2015, Defendant filed a motion to dismiss for lack of personal jurisdiction;

3. Through a minutes order, the Court set the hearing date on Plaintiff's motion for preliminary injunction and Defendant's motion to dismiss to October 27, 2015 (Doc. No. 28);

3. The parties have had substantive written communications regarding settlement and are currently arranging and scheduling an in person visit by Neptune's management to Luhua's plant in China to continue these discussions;

4. The parties wish to avoid the expenditure of time and money on litigation while they work on an amicable resolution of this dispute;

5. For this reason, and as a show of good faith, the parties have agreed to continue the TRO and stay this action for sixty (60) days so that the parties can arrange international travel, meet in person, and continue their settlement discussions;

6. Accordingly, the parties request that the Court enter an order: (a) staying this action for sixty (60) days and (b) vacating the hearing for the motion for preliminary injunction and the motion to dismiss and continuing it to a date convenient for the Court after the sixty-day stay;

7. The TRO (Doc. No. 8) shall remain in effect during the stay and pending a decision on Plaintiff's motion for preliminary injunction; and

///

///

///

///

6803584_1

8. Nothing in this Stipulation constitutes a waiver of any right or remedy belonging to any party.

IT IS SO AGREED AND STIPULATED:

Dated: this 23rd day of October, 2015

| LEWIS ROCA ROTHGERBER LLP | BACKUS, CARRANZA & BURDEN |
|---|---|
| By: /s/ Meng Zhong | By: /s/ Leland E. Backus |
| Michael J. McCue (NV Bar No. 6055) | Leland E. Backus, Esq. |
| Jonathan W. Fountain (NV Bar No. 10351) | 3050 South Durango Drive |
| Meng Zhong (NV Bar No. 12145) | Las Vegas, NV 89117 |
| 3993 Howard Hughes Pkwy., Suite 600 | Telephone: (702) 872-5555 |
| Las Vegas, Nevada 89169 | Fax: (702) 872-5545 |
| Telephone: (702) 949–8200 | gbackus@backuslaw.com |
| Fax: (702) 949–8363 | |
| MMcCue@LRRLaw.com | -and- |
| JFountain@LRRLaw.com | |
| | Beau Jackson |
| -and- | (*Pro hac vice*) |
| | ADDUCI MASTRIANI & SCHAUMBERG LLP |
| Jonathan G. Graves | 1133 Connecticut Avenue, N.W. |
| (*Pro hac vice* application to be submitted) | Washington, D.C. 20036 |
| COOLEY LLP | Telephone: (202) 467-6300 |
| One Freedom Square | Fax: (202) 466-2006 |
| Reston Town Center | jackson@adduci.com |
| 11951 Freedom Drive | |
| Reston, VA 20190 | *Attorneys for Defendant* |
| Telephone: (703) 456-8000 | *Luhua Biomarine (Shandong) Co., Ltd.* |
| Fax: (703) 456-8100 | |
| jgraves@cooley.com | |

*Attorneys for Plaintiff*
*Neptune Technologies & Bioressources, Inc.*

IT IS FURTHER ORDERED that the hearing currently set for Tuesday, October 27, 2015 at 2:00 p.m. is vacated and reset to Tuesday, December 29, 2015 at 2:00 p.m. in Las Vegas Courtroom 7D.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/26/2015

-2-

6803584_1